**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02317-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

THE CITY OF LOVELAND, COLORADO, and
THE COLORADO COUNTY OF LARIMER,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT THE COLORADO COUNTY OF LARIMER, ONLY**

**Blackburn, J.**

The matter is before me on the **Motion To Withdraw Larimer County Colorado** [#15][1] filed October 1, 2012. After reviewing the motion to withdraw, which the court has construed as a motion to dismiss defendant, Larimer County, Colorado, and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant Larimer County, Colorado should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Withdraw Larimer County Colorado** [#15] filed October 1, 2012, and is construed as a motion to dismiss defendant Larimer County, Colorado, is **GRANTED**;

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    2.  That plaintiff's claims against defendant Larimer County, Colorado are **DISMISSED**; and

    3.  That defendant Larimer County, Colorado is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 2, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge