IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02317-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

THE CITY OF LOVELAND, COLORADO,

    Defendant.

## MINUTE ORDER

**ENTERED BY KRISTEN L. MIX, UNITED STATES MAGISTRATE JUDGE.**

    This matter is before the Court on Plaintiff's **Motion to Move Council [sic] for the City of Loveland to Comply with Scheduling Order** [Docket No. 17; Filed October 3, 2012] (the "Motion"). Defendant has filed a **Response** [#21; Filed October 4, 2012]. No reply has been filed as of the date of this Minute Order.

    Plaintiff seeks an order from the Court directing Defendant's counsel to respond to Plaintiff's requests to arrange a pre-scheduling conference in preparation for the upcoming Scheduling Conference. Plaintiff contends that Defendant's counsel has not taken or returned his phone calls. In the Response, Defendant's counsel explains that he attempted to reach Plaintiff by phone on October 1, 2012 but there was no answer and no way to leave a message. Counsel states that he reached Plaintiff by phone on October 3, 2012 and agreed to conduct a pre-scheduling conference by telephone on October 5, 2012, which complies with the Court's Order Setting Scheduling Conference [#7]. Defendant therefore contends the Motion should be denied as moot. Because Plaintiff has obtained the relief sought in the Motion, the Court agrees. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#17] is **DENIED AS MOOT**.

    DATED: October 5, 2012