IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02317-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

CITY OF LOVELAND, COLORADO, and
THE COLORADO COUNTY OF LARIMER,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A.  Pursuant to the **ORDER OF DISMISSAL AS TO DEFENDANT THE COLORADO COUNTY OF LARIMER, ONLY** [#16], entered by Judge Robert E. Blackburn on October 12, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Motion To Withdraw Larimer County Colorado** [#15], filed October 1, 2012, and is construed as a motion to dismiss defendant Larimer County, Colorado, is **GRANTED**;

2. That plaintiff's claims against defendant Larimer County, Colorado are **DISMISSED *WITH PREJUDICE*** [see Paragraph B.6 below].

B.  Pursuant to the **Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge** [#83], entered by Judge Robert

E. Blackburn on July 8, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72], filed June 10, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Defendant City of Loveland, Colorado's Motion To Dismiss** [#23], filed October 5, 2012, is **GRANTED**;

3. That plaintiff's **Motion To Request Leave of Court To Amend Plaintiffs** [*sic*] **Complaint** [#68], filed May 16, 2013, is **DENIED**;

4. That plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE**;

5. That **JUDGMENT IS ENTERED** in favor of defendants, The City of Loveland, Colorado and The Colorado County of Larimer, against plaintiff, Bernard Kenneth Myers, on all claims for relief and causes of action asserted in this action;

6. That pursuant to the Court's Order of Dismissal as to Defendant The Colorado County of Larimer, Only [#16], filed October 2, 2012, judgment with prejudice is ENTERED in favor the prior defendant, The Colorado County of Larimer, against plaintiff, Bernard Kenneth Myers, on all claims for relief and causes of action asserted in this action;

7. That defendant, The City of Loveland, Colorado, is **AWARDED** its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 9th day of July, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk